**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
ELIAS MANUEL VAZQUEZ,

              Plaintiff,              23 **CIVIL** 177 (KHP)

      -v-                        **<u>JUDGMENT</u>**

KILOLO KIJAKAZI,
ACTING COMMISSIONER OF SOCIAL SECURITY,

              Defendant.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated August 18, 2023, that this action be, and hereby is, reversed and remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings, including a new hearing and decision.

**Dated:** New York, New York
           August 18, 2023

                                                **RUBY J. KRAJICK**

                                                _____
                                                    **Clerk of Court**

                 **BY:**              K. Mango

                                                    _____
                                                   **Deputy Clerk**